UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER and RENEE NORRIS, individually and on behalf of the marital community,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an admitted insurer,<br><br>Defendant. | Civil Action No. 2:14-cv-01453 RSM<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL AND TRIAL DATES** |

## **STIPULATION**

The parties, Plaintiffs Peter and Renee Norris and Defendant State Farm Fire and Casualty Company ("State Farm"), by and through their respective undersigned counsel, wish to enter into a Stipulation as follows:

1. The parties wish to continue all pre-trial dates and the trial date by sixty (60) days;

2. The purpose of the 60-day continuance is so that the parties can conduct mediation on September 2, 2015 with their mutually agreed mediator and, in so doing, defray the costs of further litigation if mediation proves successful;

3. Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties jointly request an order continuing all pre-trial dates and the trial date by 60 days so that the

4816-2807-4022.1
STIPULATION AND ORDER CONTINUING PRE-TRIAL AND
TRIAL DATES - 1
USDC WD WA CAUSE NO. 2:14-cv-01453 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

parties can pursue a mediated result and defray further litigation costs, including expert disclosure and deposition fees;

    4.    In accordance with this Stipulation, the parties have jointly submitted for the Court's approval a Stipulated Motion to Continue Pre-Trial and Trial Dates;

    5.    The continuance amends the case schedule as follows:

|  | Order (Dkt. #10) | Proposed Amended |
|---|---|---|
| Reports from Expert Witnesses Under FRCP 26(a)(2) | August 20, 2015 | September 21, 2015 |
| All Motions Related to Discovery Must be Filed by and Noted on the Motion Calendar No Later Than the Third Friday Thereafter (see CR 7(d)) | September 21, 2015 | October 19, 2015 |
| Discovery Completed By | October 19, 2015 | December 21, 2015 |
| All Dispositive Motions Must Be Field by and Noted on the Motion Calendar for the Third Friday Thereafter Pursuant to CR 7(d) | November 18, 2015 | January 18, 2016 |
| Mediation per CR 39.1(c)(3) Held No Later Than | January 4, 2016 | March 4, 2016 |
| All Motions in Limine Must Be Filed by and Noted on the Motion Calendar for the Third Friday Thereafter Pursuant to CR 7(d) | January 19, 2016 | March 21, 2016 |
| Agreed Pre-Trial Order Due | February 4, 2016 | April 4, 2016 |
| Pre-Trial Conference (to be scheduled by Court) |  |  |
| Trial Briefs, Proposed Voir Dire Questions, Proposed Jury Instructions, and Trial Exhibits Due | February 11, 2016 | April 11, 2016 |
| Jury Trial Commences (length 3-5 days) | February 16, 2016 (9 am) | April 18, 2016 (9 am) |

4816-2807-4022.1
STIPULATION AND ORDER CONTINUING PRE-TRIAL AND
TRIAL DATES - 2
USDC WD WA CAUSE NO. 2:14-cv-01453 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

1     IT IS SO STIPULATED by:

2 DATED this 14th day of August, 2015.

3 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

4

5 By:  s/Donna M. Chamberlin
    V. Andrew Cass., WSBA No. 31365
6     Donna M. Chamberlin, WSBA No. 31227
    2101 Fourth Avenue, Suite 700
7     Seattle, Washington  98121
    Phone:  (206) 436-2020
8     Facsimile: (206) 436-2030
    Email:  Drew.Cass@lewisbrisbois.com
9     Email:Donna.Chamberlin@lewisbrisbois.com

10 **Attorneys for Defendant State Farm Mutual Automobile Insurance Company**

11

12 DATED this 14th day of August 2015.

13

14 **BOWERS FOREMAN, PLLC**

15

16 By:  s/Linda L. Foreman, w/permission
    Linda L. Foreman, WSBA No. 11817
17     Bowers Foreman, PLLC
    5825 60th Street SE
18     Snohomish, WA 98290
    Phone: 425-377-1100
19     Facsimile:  (206) 971-5081
20     Email: linda@lindaforeman.com

21 **Attorneys for Plaintiffs Peter and Renee Norris**

22

23

24

25

26

27

4816-2807-4022.1
STIPULATION AND ORDER CONTINUING PRE-TRIAL AND TRIAL DATES - 3
USDC WD WA CAUSE NO. 2:14-cv-01453 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020

## ORDER

IT IS SO ORDERED this 19th day of August 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

4816-2807-4022.1
STIPULATION AND ORDER CONTINUING PRE-TRIAL AND
TRIAL DATES - 4
USDC WD WA CAUSE NO. 2:14-cv-01453 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
2101 Fourth Avenue, Suite 700
Seattle, Washington 98121
206-436-2020