The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER AND RENEE NORRIS, individually and on behalf of the marital community,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an admitted insurer,<br><br>　　　　Defendant. | No. 2:14−cv−01453−RSM<br><br>**DECLARATION OF PETER NORRIS IN SUPPORT OF NORRIS' MOTION FOR SUMMARY JUDGMENT** |

　　　　I, Peter Norris, declare:

　　　　1. I am a plaintiff and make this declaration of my personal knowledge.

　　　　2. My wife and I purchased Policy No. 47-GK-0621-8 covering the term August 2, 2013 through August 2, 2014.  We paid all premiums.  State Farm refunded no premiums nor cancelled the policy after the Loss.  The home has been continuously insured by State Farm up through the present date.

　　　　3. After litigation commenced we received the South Sound Geotechnical Report through discovery to State Farm.  Prior to that we did not know of this firm or the existence of the report.

1      4.  We hired engineers to make geotechnical and structural observations and
2 recommendations.  We made all repairs which they recommended.  The permanent repairs were
3 completed and paid for in full.

4

5      I declare under penalties of perjury under the laws of the State of Washington that the
6 foregoing is true and correct.
7      Dated this day, November 19, 2015 at Kirkland, Washington.

8

9                                    *Peter Norris*
                                     _____

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECL.OF P. NORRIS IN SUPPORT OF NORRIS'  
MSJ- 2     (2:14-cv-01453)

BOWERS FOREMAN, PLLC  
Telephone (425) 377-1100  
LINDA@LINDAFOREMAN.COM