.

The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER and RENEE NORRIS, individually and on behalf of the marital community,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an admitted insurer,<br><br>Defendant. | No. 2:14-cv-01453 RSM<br><br>**DECLARATION OF LINDA L. FOREMAN IN SUPPORT OF NORRIS MOTION FOR SUMMARY JUDGMENT** |

Linda L. Foreman, declare under penalty of perjury and under the laws of the State of Washington that the matters stated are true and correct:

1. I am an attorney at the law firm of Bowers Foreman, PLLC, and represent Plaintiffs Peter and Renee Norris ("Norris") in the above-entitled case.

2. Exhibit A contains true and correct copies of the Case Forensics reports dated January 24, 2014 and September 21, 2015, which were included with State Farm's Expert Disclosures. The January 24 report was also provided to Norris with State Farm's January 31 letter. [Dkt. #1-3 at 26-28].

.

3. Exhibit B is a true and correct copy of the certified State Farm policy which is the subject of this action.

4. Exhibit C is a true and correct copy of excerpts from State Farm's Claims Guidelines which were produced in discovery under Document Number NORP00000126-127 and NORP00000157.

5. Exhibit D is a true and correct copy of the South Sound Engineering report of December 27, 2013 produced in discovery under Document Number NORRIS0320-0325,

Dated this 19th day of November, 2015 at Snohomish, Washington.

*Linda L. Foreman*

Decl. of L. Foreman In Support of MSJ- 2 (2:14-cv-01453)

BOWERS FOREMAN, PLLC
Telephone (425) 377-1100
LINDA@LINDAFOREMAN.COM