The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER AND RENEE NORRIS, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an admitted insurer,<br><br>Defendant. | No. 2:14-cv-01453-RSM<br><br>**DECLARATION OF GREG GUILLEN, P.E. IN SUPPORT OF NORRIS' MOTION FOR SUMMARY JUDGMENT** |

I, Greg Guillen, declare:

1. I am a principal with CG Engineering, working out if its office in Edmonds, WA. CG Engineering operates in eleven states, providing civil, structural and land development consulting services. I am a licensed structural engineer in Washington with over 30 years of experience in structural design and project management. During my career I have been involved in structural design and repair of hundreds of foundations and foundation systems. This work has included extensive experience with undermined foundations such as at the Norris home.

2. CG Engineering and Nelson Geotechnical Associates did make geotechnical and structural engineering evaluations and provided designs for the emergency stabilization and permanent repairs. I worked with Khaled Shawish, P.E., a principal, and Lee Bellah, a licensed geologist, both with Nelson on the Norris Project Mr. Shawish is an expert in geotechnical engineering who I have worked with on many projects in the past. I relied on Nelson's geotechnical observations, opinions and advice. Attached as Exhibit A is a true and correct copy of an April 21, 2014 letter from Nelson to Peter Norris, which I was copied on. This letter summarizes the geotechnical engineering evaluation and the emergency stabilization and permanent repair recommendations, including the structural work I recommended.

3. The Norris residence is on a steep slope above the Wenatchee River. The foundation was supported by footings as were the exterior decks and patios. The massive release of water washed away the soil under the southeast corner of the foundation, leaving it cantilevered out hanging in the air. The footings for that corner were there, but offered no structural support. The footings for the deck and patios were swept away down the hill; destroying the deck and patios. The destruction of the footings caused damage to the southeast corner of the roof as it started to cave in.

4. The home was uninhabitable and in my opinion had a significant risk of portions of the home cracking and moving downslope. Dead loading increased this risk and was such a concern I recommended all furniture and contents be moved to the back of the house upon inspection. The risk of snow weight adding more live load was an additional factor. Emergency stabilization was needed immediately. Mr. Shawish and I recommended the residence be underpinned, on at least a temporary emergency basis. The emergency stabilization work included installation of eighteen (18) 2" diameter pin piles to support the undermined foundation along the southern and eastern portions of the residence.

5. Permanent repairs had to wait until Spring 2014. Peter Norris approved of our repair plan consistent with our recommendations. These repairs required:

- The installation of a new shotcrete retaining wall, below the existing east and south foundation wall, extending down to the new existing ground surface, supported by the pin piles previously installed, and helical anchor tiebacks below the home in a northwest direction.
- The slab on grade was backfilled with geofoam blocks and pressurized grout.

These repairs are shown on a schematic, attached as Exhibit B.

6. The Nelson Engineering Report explains the slope below the residence was not stable and set out recommendations for its restoration. The residence was stabilized because the undermining critically diminished the function of the footings. Soil was not replaced below the slab on ground at the southeast portion of the structure. This void was replaced by foam blocks and lateral resistance for the new shotcrete wall was replaced by using helical anchors driven into the soils below the home. The residence was stable once repaired, irrespective of whether the downhill slope was restored.

I declare under penalties of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this day, November 20, 2015 at Edmonds, Washington.

*/s/ Greg Guillen*