# **EXHIBIT A**

# VICINITY MAP
Not to Scale





**Chelan County, WA**

| Project Number 888013 | Norris Residence Washout Stabilization Vicinity Map | NELSON GEOTECHNICAL ASSOCIATES, INC. GEOTECHNICAL ENGINEERS & GEOLOGISTS 17311-135th Ave. NE, A-500 Woodinville, WA 98072 (425) 486-1669 / Fax 481-2510 Snohomish County (425) 339-1669 Wenatchee/Chelan (509) 665-7696 www.nelsongeotech.com | No. | Date | Revision | By | CK |
|---|---|---|---|---|---|---|---|
| Figure 1 | | | 1 | 4/10/14 | Original | LSB | KMS |
| | | | 2 | 4/18/14 | Revision | DPN | KMS |







Figure 4 — Norris Residence Washout Stabilization, Schematic Repair Section Detail (Nelson Geotechnical Associates, Inc., Project Number 888013).