# **EXHIBIT B**

# NORRIS RESIDENCE FOUNDATION REPAIR

## 25408 RIATA ROAD
## LEAVENWORTH, WA




**VICINITY MAP**
NTS



C.G ENGINEERING
250 4TH AVE. S., SUITE 200
EDMONDS, WASHINGTON 98020
PHONE (425) 778-8500
FAX (425) 778-5536





| MARK | DATE | DESCRIPTION |
|---|---|---|
|  | 06/10/14 | PERMIT SUBMITTAL |

DESIGN: DTR
DRAWN: JCS
CHECK: DMT
JOB NO: 13209.10.2
DATE: 06/10/14

NORRIS RESIDENCE
25408 RIATA ROAD
LEAVENWORTH, WA

SITE PLAN

SHEET:

**S0.1**

**OWNER**
PETER NORRIS
254408 RIATA ROAD
LEAVENWORTH, WA
425.765.0854

**CONSULTANTS**
CIVIL/ STRUCTURAL ENGINEER
CG ENGINEERING
250 4TH AVE S, SUITE 200
EDMONDS, WA 98020
425.778.8500 FAX 778.5536
CONTACT: GREG GUILLEN, PE, SE

GEOTECHNICAL ENGINEER
NELSON GEOTECHNICAL ASSOCIATES, INC
17311 135TH AVE NE, A-500
WOODINVILLE, WA 98072
425.486.1669
CONTACT: KHALED M SHAWISH, PE

SURVEYORS
LANDLINE SURVEYORS
PO BOX 123
LEAVENWORTH, WA 98826
509.548.5290

**LEGAL DESCRIPTION**
PRIMITIVE PARK NO 5 BLOCK 4 LOT 8 LOT A BLA 2010-010 ACRES 0.4800

**PROPERTY ID**
36164

**GEOGRAPHIC ID**
261724794230

**PROPERTY INFORMATION**
TOTAL LOT AREA = 20,909 SQFT
EX. BUILDING FOOTPRINT = 2,580 SQFT
PROPOSED BUILDING FOOTPRINT = NOT TO CHANGE
TOTAL IMPERVIOUS SURFACE = NOT TO CHANGE

**SCOPE OF WORK**
STABILIZE FOUNDATION WITH PIPE PILES



**SITE PLAN**
SCALE: 1" = 20'

# STRUCTURAL NOTES
(THESE NOTES ARE TYPICAL UNLESS NOTED OR DETAILED OTHERWISE ON DRAWINGS.)



C.G ENGINEERING
250 4TH AVE. S., SUITE 200
EDMONDS, WASHINGTON 98020
PHONE (425) 778-8500
FAX (425) 778-5536

## CODE
ALL MATERIALS, WORKMANSHIP, DESIGN, AND CONSTRUCTION SHALL CONFORM TO THE DRAWINGS, SPECIFICATIONS, AND THE INTERNATIONAL BUILDING CODE (IBC), 2012 EDITION. SPECIFICATIONS AND STANDARDS WHERE REFERENCED ON THE DRAWINGS ARE TO BE THE LATEST EDITION.

## DESIGN LOADS
DEAD LOADS:
   ROOF        15 PSF
   FLOOR       15 PSF

LIVE LOADS:
   ROOF (SNOW LOAD)   95 PSF
   RESIDENTIAL        40 PSF

## QUALITY ASSURANCE PLAN
FREQUENCY AND DISTRIBUTION OF REPORTS - INSPECTION REPORTS SHALL BE PROVIDED FOR EACH DAY ON SITE BY SPECIAL INSPECTOR. STRUCTURAL OBSERVATION REPORTS SHALL BE PROVIDED AFTER EACH OBSERVATION. REPORTS SHALL BE DISTRIBUTED TO THE CONTRACTOR, ARCHITECT, ENGINEER AND BUILDING OFFICIAL.

## SPECIAL INSPECTION

| OPERATION | CONT | PERIODIC | REMARKS |
|---|---|---|---|
| SOILS | | | |
| EXCAVATION & FILL | | X | GEOTECH ENGINEER |
| PIPE PILING INSTALLATION | X | | GEOTECH |
| FOUNDATION BEARING CAPACITY VERIFICATION | | X | |
| PILING REFUSAL VERIFICATION | X | | GEOTECH |
| HELICAL PILE INSTALLATION | X | | GEOTECH ENGINEER |
| HELICAL PILE LOAD TEST | X | | GEOTECH ENGINEER |
| CONCRETE | | | |
| ADHESIVE ANCHORS | | X | IF REQ'D |

NOTE:
ALL ITEMS MARKED WITH AN "X" SHALL BE INSPECTED IN ACCORDANCE WITH IBC CHAPTER 17. SPECIAL INSPECTION SHALL BE PERFORMED BY A QUALIFIED TESTING AGENCY DESIGNATED BY THE OWNER. THE ARCHITECT, STRUCTURAL ENGINEER, AND BUILDING OFFICIAL SHALL BE FURNISHED WITH COPIES OF ALL RESULTS. ANY INSPECTION FAILING TO MEET THE PROJECT SPECIFICATIONS SHALL BE IMMEDIATELY BROUGHT TO THE ATTENTION OF THE DESIGN TEAM.

## FOUNDATIONS: PIN PILES
SOILS REPORT:   REPORT NO:        888013
                PREPARED BY:      NELSON GEOTECHNICAL ASSOCIATES, INC
                DATED:            04/21/2014

BEARING CAPACITY:           3,000 PCF (TO BE VERIFIED DURING CONSTRUCTION)
ALLOWABLE PILE CAPACITY:    3 TONS

LATERAL EARTH PRESSURE:
   UNRESTRAINED:   100 PCF + 20% SEISMIC + 50 PCF SURCHARGE

IMPORTED STRUCTURAL FILL AND BACKFILL MATERIAL SHOULD CONSIST OF CLEAN, WELL GRADED GRANULAR MATERIAL FREE OF DEBRIS OR ORGANICS WITH A MAXIMUM PARTICLE DIAMETER OF THREE INCHES AND NO MORE THAN 10% FINES (PASSING THE #200 SIEVE).

FILL AND BACKFILL MATERIAL SHOULD BE PLACED IN LEVEL LIFTS NOT EXCEEDING TWELVE (12") INCHES IN LOOSE THICKNESS AND COMPACTED TO A MINIMUM OF 95% OF ITS MAXIMUM DRY DENSITY AS DETERMINED BY ASTM TEST METHOD D1557-00.

## 2"Ø PIPE PILING INSTALLATION
2" XS PIPE SHALL CONFORM TO ASTM A53 GRADE A OR B, FY = 35 KSI (MIN)

PIPE PILING SHALL BE DRIVEN INTO THE SUBGRADE TO A POINT OF REFUSAL BY MEANS OF A PNEUMATIC HAMMER OR OTHER SIMILAR HYDRAULIC HAMMER SYSTEM. THE PNEUMATIC HAMMER SHOULD WEIGH AT LEAST 140 POUNDS. REFUSAL SHALL BE DEFINED AS 1" OR LESS OF PENETRATION DURING 1 MINUTE OF SUSTAINED DRIVING. PIPE SECTIONS SHALL BE CONNECTED WITH INTERNAL SLIP COUPLINGS.

THE CONTRACTOR SHALL LOCATE AND PROTECT ALL UTILITIES DURING CONSTRUCTION AND SHALL CONTACT THE UNDERGROUND UTILITIES LOCATION SERVICE (1-800-424-5555) AT LEAST 48 HOURS PRIOR TO CONSTRUCTION. IT IS THE SOLE RESPONSIBILITY OF THE CONTRACTOR TO INDEPENDENTLY VERIFY ALL UTILITIES WHICH MAY BE AFFECTED BY THE IMPLEMENTATION OF THESE DRAWINGS. THE CONTRACTOR SHALL BE SOLELY RESPONSIBLE FOR ANY AND ALL DAMAGE TO UNDERGROUND UTILITIES RESULTING FROM THEIR OPERATION.

## HELICAL SCREW ANCHORS
SCREW ANCHORS SHALL BE A SINGLE HELIX. ANCHOR SHAFT SHALL BE 1 1/2" SQUARE AND HELIX SHALL HAVE 8" DIAMETER WITH 3/8" THICKNESS. ANCHOR SHAFT SHALL BE 1 1/2" SQUARE.

HELIX SHALL CONFORM TO ASTM A29 AND HUB SHALL CONFORM TO ASTM A576.
EXTENSIONS TO HAVE SAME SHAFT SIZE AND TYPE AS ANCHOR.

ANCHORS SHALL BE COATED FOR CORROSION PROTECTION. COATING MAY BE HOT DIP GALVANIZED OR CORROSION RESISTANT EPOXY PAINT.

THE CONTRACTOR MAY USE AN ENGINEER-APPROVED EQUAL IF IT IS CAPABLE OF DEVELOPING THE DESIGN LOADS LISTED IN THE FOUNDATION NOTES. REFER TO SOILS REPORT FOR ADDITIONAL ANCHOR INSTALLATION REQUIREMENTS.

## CONCRETE
ALL CONCRETE SHALL BE MIXED, PROPORTIONED, CONVEYED, AND PLACED IN ACCORDANCE WITH SECTION 1905 OF THE IBC AND THE AMERICAN CONCRETE INSTITUTE'S SPECIFICATIONS FOR STRUCTURAL CONCRETE FOR BUILDINGS (ACI 301).

ALL CONCRETE SHALL BE STONE-AGGREGATE CONCRETE HAVING A UNIT WEIGHT OF APPROXIMATELY 150 POUNDS PER CUBIC FOOT.

CONCRETE STRENGTHS AT 28 DAYS (f'c) AND MIX CRITERIA SHALL BE AS FOLLOWS:

| TYPE OF CONSTRUCTION | f'c | MAXIMUM WATER/CEMENT RATIO | MIN. CEMENT CONTENT PER CUBIC YARD | MAXIMUM SHRINKAGE STRAIN |
|---|---|---|---|---|
| FOOTINGS | 3000 PSI | 0.55 | 5 1/2 SACK | N/A |
| GRADE BEAMS | 3000 PSI | 0.50 | 5 1/2 SACK | N/A |
| SHOTCRETE WALL | 4000 PSI | 0.45 | 5 1/2 SACK | N/A |

THE MINIMUM AMOUNT OF CEMENT LISTED ABOVE MAY BE CHANGED IF A CONCRETE PERFORMANCE MIX IS SUBMITTED TO THE ENGINEER AND THE BUILDING DEPARTMENT FOR APPROVAL TWO WEEKS PRIOR TO PLACING ANY CONCRETE. THE PERFORMANCE MIX SHALL INCLUDE THE AMOUNTS OF CEMENT, FINE AND COARSE AGGREGATE, WATER, AND ADMIXTURES AS WELL AS THE WATER-CEMENT RATIO, SLUMP, CONCRETE YIELD, AND SUBSTANTIATING STRENGTH DATA IN ACCORDANCE WITH IBC SECTION 1905.

ALL CONCRETE EXPOSED TO WEATHER OR TO FREEZING TEMPERATURES SHALL BE AIR-ENTRAINED IN ACCORDANCE WITH ACI TABLE 4.2.1 FOR MODERATE EXPOSURE CONDITION.

## REINFORCING STEEL
REINFORCING STEEL SHALL BE DEFORMED BILLET STEEL CONFORMING TO ASTM A615, AND SHALL BE GRADE 60 (Fy = 60,000 PSI), UNLESS NOTED OTHERWISE. GRADE 60 REINFORCING BARS INDICATED ON DRAWINGS TO BE WELDED SHALL CONFORM TO ASTM A706. REINFORCING COMPLYING WITH ASTM A615 MAY BE WELDED IF MATERIAL PROPERTY REPORTS INDICATING CONFORMANCE WITH WELDING PROCEDURES SPECIFIED IN AWS D1.4 ARE SUBMITTED.

WELDED WIRE FABRIC SHALL CONFORM TO ASTM A185. PROVIDE WELDED WIRE FABRIC IN SHEETS NOT ROLLS. LAP WELDED WIRE FABRIC 12" AT SIDES AND ENDS.

REINFORCING STEEL SHALL BE DETAILED INCLUDING HOOKS AND BENDS IN ACCORDANCE WITH SP-66 AND ACI 318R, LATEST EDITIONS. UNLESS OTHERWISE NOTED, REINFORCING SPLICE LENGTHS AND DEVELOPMENT LENGTHS SHALL BE PER SCHEDULE.

MECHANICAL SPLICING OF REINFORCING BARS, WHERE INDICATED ON THE DRAWINGS, SHALL BE BY AN ICBO APPROVED SYSTEM, SHALL DEVELOP 125% OF THE SPECIFIED YIELD STRENGTH OF THE BAR, AND SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS.

REINFORCING SHALL BE PLACED AND ADEQUATELY SUPPORTED PRIOR TO PLACING CONCRETE. WET-SETTING EMBEDDED ITEMS IS NOT ALLOWED WITHOUT PRIOR ENGINEER APPROVAL. BARS PARTIALLY EMBEDDED IN HARDENED CONCRETE SHALL NOT BE FIELD BENT UNLESS SO DETAILED OR APPROVED BY THE STRUCTURAL ENGINEER. REFER TO IBC SECTION 1907 FOR OTHER REINFORCING STEEL REQUIREMENTS.

## MINIMUM LAPS AND EMBEDMENT
UNLESS OTHERWISE NOTED, REINFORCING SPLICE LENGTHS AND DEVELOPMENT LENGTHS SHALL BE AS TABULATED BELOW:

| | f'c = 3000 PSI | | | | | |
|---|---|---|---|---|---|---|
| BAR SIZE | DEVELOPMENT LENGTH | | | LAP SPLICE | | |
| | TENSION | | COMPRESSION | TENSION | | COMPRESSION |
| | TOP BARS | OTHER BARS | ALL BARS | TOP BARS | OTHER BARS | ALL BARS |
| #3 | 22 | 17 | 9 | 28 | 22 | 12 |
| #4 | 29 | 22 | 11 | 37 | 29 | 15 |

| | f'c = 4000 PSI | | | | | |
|---|---|---|---|---|---|---|
| BAR SIZE | DEVELOPMENT LENGTH | | | LAP SPLICE | | |
| | TENSION | | COMPRESSION | TENSION | | COMPRESSION |
| | TOP BARS | OTHER BARS | ALL BARS | TOP BARS | OTHER BARS | ALL BARS |
| #3 | 19 | 15 | 8 | 24 | 19 | 12 |
| #4 | 25 | 19 | 10 | 33 | 25 | 15 |

NOTE:
1. ALL LENGTHS ARE IN INCHES.
2. ALL LAP SPLICES ARE CLASS B.
3. "TOP BARS" ARE HORIZONTAL REINFORCEMENT PLACED SUCH THAT MORE THAN 12 INCHES OF CONCRETE IS CAST IN THE MEMBER BELOW THE BAR.

## CONCRETE WALL REINFORCING
PROVIDE THE FOLLOWING MINIMUM REINFORCING UNLESS NOTED OR DETAILED OTHERWISE (GRADE 60):

| THICKNESS | REINFORCING | PLACEMENT |
|---|---|---|
| 12" WALLS | #4 @ 12" OC | EA WAY, EA FACE |

## CONCRETE COVER ON REINFORCING
CONCRETE CAST AGAINST AND PERMANENTLY EXPOSED TO EARTH:    3"
CONCRETE EXPOSED TO EARTH AND WEATHER:
   #6 BARS AND LARGER       2"
   #5 BARS AND SMALLER      1 1/2"
CONCRETE NOT EXPOSED TO EARTH OR WEATHER:
   SLABS, WALLS AND JOISTS           3/4"
   COLUMN TIES OR SPIRALS AND BEAM STIRRUPS   1 1/2"

## CONCRETE GENERAL NOTES
VERTICAL BARS SHALL START FROM TOP OF FOOTING. HORIZONTAL BARS SHALL START A DISTANCE OF 1/2 THE NORMAL BAR SPACING FROM TOP OF FOOTING AND TOP OF FRAMED SLABS. IN ADDITION, THERE SHALL BE A HORIZONTAL BAR AT A MAXIMUM OF 3" FROM TOP OF WALL AND BOTTOM OF FRAMED SLABS.

PROVIDE CORNER BARS TO MATCH THE HORIZONTAL REINFORCING WITH TENSION LAP SPLICE AT EACH SIDE PER TABLE, OR BEND ONE SIDE OVER TO PROVIDE TENSION LAP.

ALL CONSTRUCTION JOINTS SHALL BE THOROUGHLY CLEANED AND PROPERLY PREPARED IMMEDIATELY PRIOR TO POURING OF CONCRETE. DOWEL STEEL SHALL BE THE SAME SIZE AND SPACING AS MAIN REINFORCING DETAILED BEYOND JOINT.

BARS PARTIALLY EMBEDDED IN HARDENED CONCRETE SHALL NOT BE FIELD BENT UNLESS SO DETAILED OR APPROVED BY THE STRUCTURAL ENGINEER.

## ADHESIVE ANCHORS

| BASE MATERIAL | ANCHOR SIZE | MINIMUM EMBEDMENT | ALLOWABLE TENSION | ALLOWABLE SHEAR |
|---|---|---|---|---|
| CONCRETE | #4 BAR | 4" | 2,768 | 2,615 |

NOTES:
1. THE ABOVE VALUES ARE BASED ON THE HILTI HIT HY 200 INJECTION ADHESIVE ANCHORING SYSTEM INSTALLED IN NORMAL WEIGHT CONCRETE, f'c = 2500 PSI. CONTRACTOR MAY USE ENGINEER APPROVED EQUAL.
2. ROD STEEL IS A36,   Fy=36 KSI   Fu=58 KSI
3. REBAR STEEL IS A615,   Fy=60 KSI   Fu=90 KSI
4. ALLOWABLE SHEAR AND TENSION LOADS ARE THE LESSER OF THE BOND STRENGTH OR THE STEEL STRENGTH.
5. SPECIAL INSPECTION IS REQUIRED PRIOR TO GROUTING HOLES PER THE MANUFACTURER'S ICBO REPORT.
6. THE ABOVE VALUES ARE BASED ON AN EDGE DISTANCE GREATER THAN 12" AND A MINIMUM SPACING OF 14". CONTACT ENGINEER FOR OTHER CONDITIONS.

## STRUCTURAL STEEL
STRUCTURAL STEEL DESIGN, FABRICATION AND ERECTION SHALL BE IN ACCORDANCE WITH THE AISC "SPECIFICATION FOR THE DESIGN, FABRICATION, AND ERECTION OF STRUCTURAL STEEL FOR BUILDINGS", LATEST EDITION.

SHAPES SHALL CONFORM TO ASTM A992, Fy = 50 KSI.

PLATES, ANGLES, AND RODS SHALL CONFORM TO ASTM A36, Fy = 36 KSI.

STRUCTURAL TUBING SHALL CONFORM TO ASTM A500 GRADE B, Fy = 46 KSI.

STEEL PIPE SHALL CONFORM TO ASTM A53 GRADE B, Fy = 35 KSI.

BOLTS CONNECTING STEEL MEMBERS SHALL CONFORM TO ASTM A325-N. BOLTS SHALL BE 3/4"Ø MINIMUM, UNO ANCHOR BOLTS SHALL CONFORM TO ASTM A307.

ALL EXTERIOR EXPOSED STEEL SHALL BE HOT-DIP GALVANIZED.

CONTRACTOR SHALL PROVIDE CONNECTION ADJUSTMENT TOLERANCES TO SATISFY THE REQUIREMENTS OF AISC MANUAL OF STEEL CONSTRUCTION.

UNLESS SPECIFIED AS STAINLESS STEEL, ALL STEEL MEMBERS, SHAPES, BOLTS, AND ACCESSORIES EXPOSED TO WEATHER SHALL BE HOT DIP GALVANIZED.

## PILE CORROSION PROTECTION
PILES SHALL BE PAINTED TO PROTECT AGAINST CORROSION. BEFORE APPLYING PAINT PILES SHALL BE CLEAN AND FREE OF RUST OR DEBRIS. PAINTING SHALL CONSIST OF AN ORGANIC ZINC PRIMER COAT NOT LESS THAN 2.5 MILS DRY FILM THICKNESS. TOP COAT SHALL CONSIST OF AN EPOXY PAINT NOT LESS THAN 3.0 MILS DRY FILM THICKNESS. PILES SHALL BE PAINTED TO 2'-0" BELOW GRADE MINIMUM.

ANY SCUFF MARKS OR SCRATCHES THAT OCCUR DURING CONSTRUCTION SHALL BE REPAIRED WITH A FIELD APPLIED EPOXY PAINT.

## LUMBER
ALL GRADES SPECIFIED ARE MINIMUM GRADES REQUIRED. ALL LUMBER SHALL BE IN ACCORDANCE WITH WWPA GRADING RULES, KILN-DRIED TO MC 19 AND OF THE FOLLOWING MINIMUM STANDARDS:

| SIZE CLASSIFICATION | SPECIES | GRADE | Fb (PSI) | Fc (PSI) |
|---|---|---|---|---|
| LIGHT FRAMING (STUDS) | HEM-FIR | STUD | 776 (REP) | 800 |
| 2x JOISTS AND PLANKS | HEM-FIR | #2 | 978 (REP) | - |
| PLATES AND BLOCKING | HEM-FIR | #2 | 850 | - |
| ALL POSTS AND TIMBERS | HEM-FIR | #2 | 850 | 1300 |

REFER TO PLAN NOTES, SCHEDULES, AND DETAILS FOR MORE SPECIFIC LUMBER SIZE AND GRADE REQUIREMENTS.

UNLESS NOTED OTHERWISE IN THE PLANS, ALL WOOD AND WOOD-BASED MEMBERS EXPOSED TO WEATHER OR IN CONTACT WITH CONCRETE, MASONRY, OR WITHIN 8" OF SOIL SHALL BE PRESERVATIVE-TREATED BY VACUUM-PRESSURE IMPREGNATION IN ACCORDANCE WITH AWPA STANDARD U1.

## NAILS, BOLTS, AND METAL CONNECTORS FOR WOOD
ALL NAILS SHALL CONFORM TO THE STANDARDS SET FORTH BY THE NATIONAL DESIGN STANDARDS (NDS) FOR WOOD CONSTRUCTION, LATEST EDITION. NAILING NOT SPECIFIED SHALL BE PER IBC TABLE 2304.9.1 NAILING SCHEDULE. ALL NAILS CALLED OUT ON PLANS SHALL BE COMMON NAILS UNLESS NOTED OTHERWISE AND SHALL MEET OR EXCEED THE FOLLOWING MINIMUM GUIDELINES:

| NAIL | SHANK Ø | MIN LENGTH |
|---|---|---|
| 8d COMMON | 0.131Ø | 2 1/2" SHANK |
| 10d COMMON | 0.148Ø | 3" SHANK |
| 12d COMMON | 0.148Ø | 3 1/4" SHANK |
| 16d COMMON | 0.162Ø | 3 1/2" SHANK |

10d BOX NAILS MAY BE SUBSTITUTED FOR 8d COMMON NAILS WITH NO CHANGE IN NAIL SPACING. FRAMING MEMBERS MAY BE NAILED WITH 16d SINKERS (0.148"Ø x 3 1/4"), BUT ONLY 16d COMMON NAILS SHALL BE USED WHERE 16d NAILS ARE INDICATED IN THIS DRAWING SET. ENGINEER MAY APPROVE OTHER NAILS IF NAIL LABELS ARE SUBMITTED TO ENGINEER PRIOR TO START OF CONSTRUCTION.

ALL BOLTS IN WOOD MEMBERS SHALL CONFORM TO ASTM A307. PROVIDE WASHERS UNDER THE HEADS AND NUTS OF ALL BOLTS AND LAG SCREWS BEARING ON WOOD.  LEAD HOLES FOR LAG BOLTS SHALL BE BORED FOR THE SHANK AND THREADED PORTIONS PER NDS 11.1.3.

CONNECTORS CALLED OUT BY LETTERS AND NUMBERS SHALL BE "STRONG-TIE" BY SIMPSON COMPANY, CATALOG TO BE THE LATEST EDITION, OR ENGINEER APPROVED EQUAL. CONNECTORS SHALL BE INSTALLED IN ACCORDANCE WITH THE MANUFACTURER'S RECOMMENDATIONS AND WITH THE NUMBER AND SIZE OF FASTENERS AS SPECIFIED BY THE MANUFACTURER. WHERE CONNECTOR STRAPS CONNECT TWO MEMBERS, PLACE ONE-HALF OF THE NAILS, SCREWS, OR BOLTS IN EACH MEMBER.

INSTALL SOLID BLOCKING AT ALL BEARING POINTS. ALL SHIMS SHALL BE SEASONED, DRIED, AND THE SAME GRADE (MINIMUM) AS MEMBERS CONNECTED.

## GALVANIZATION
UNLESS NOTED OTHERWISE, STEEL CONNECTORS IN CONTACT WITH TREATED WOOD SHALL BE GALVANIZED ACCORDING TO THE FOLLOWING TABLE:

| GALVANIZATION | UNTREATED WOOD | CCA-C | SBX | ACQ-C ACQ-D | CBA-A CA-B | OTHER BORATE | ACZA | OTHER PT WOOD |
|---|---|---|---|---|---|---|---|---|
| G90 | X | X | X | | | | | |
| G185 | X | X | X | X | X | X | | |
| HDG | X | X | X | X | X | X | X | |
| STT300 | X | X | X | X | X | X | X | X |

G90 = 0.90 OZ. OF ZINC PER SQUARE FOOT OF AREA
G185 = 1.85 OZ. OF ZINC PER SQUARE FOOT OF AREA
HDG = HOT DIP GALVANIZED
SST300 = TYPE 316L STAINLESS STEEL

## GLUE-LAMINATED TIMBER
GLUE-LAMINATED TIMBER SHALL BE DOUGLAS FIR, FABRICATED IN CONFORMANCE WITH ANSI/AITC STANDARD A190.1, LATEST EDITION. EACH MEMBER SHALL BEAR AN AITC IDENTIFICATION MARK AND SHALL BE ACCOMPANIED BY AN AITC CERTIFICATE OF CONFORMANCE. FABRICATOR SHALL BE CERTIFIED. MEMBERS SHALL BE OF THE FOLLOWING MINIMUM STANDARDS:

| MEMBER | COMBINATION | STRENGTH |
|---|---|---|
| SIMPLE SPAN BEAMS | 24F-V4 | $F_b$ = 2400 PSI |
| COLUMNS | 24F-1.7E | $F_c$ = 1000 PSI |

## EXISTING BUILDING
CONTRACTOR SHALL VERIFY ALL DIMENSIONS, MEMBER SIZES AND CONDITIONS OF THE EXISTING BUILDING DEPICTED IN THE DRAWINGS, AND NOTIFY THE STRUCTURAL ENGINEER OF ANY DISCREPANCIES FOR POSSIBLE REDESIGN.

## GENERAL
CONTRACTOR SHALL BE RESPONSIBLE FOR ERECTION STABILITY AND TEMPORARY SHORING AS NECESSARY UNTIL PERMANENT SUPPORT AND STIFFENING ARE INSTALLED.

CONTRACTOR-INITIATED CHANGES SHALL BE SUBMITTED IN WRITING TO THE ARCHITECT AND STRUCTURAL ENGINEER FOR APPROVAL PRIOR TO FABRICATION OR CONSTRUCTION. CHANGES SHOWN ON SHOP DRAWINGS ONLY WILL NOT SATISFY THIS REQUIREMENT.

DRAWINGS INDICATE GENERAL AND TYPICAL DETAILS OF CONSTRUCTION. WHERE CONDITIONS ARE NOT SPECIFICALLY INDICATED BUT ARE OF A SIMILAR CHARACTER TO DETAILS SHOWN, SIMILAR DETAILS OF CONSTRUCTION SHALL BE USED, SUBJECT TO REVIEW AND APPROVAL BY THE ARCHITECT AND THE STRUCTURAL ENGINEER.



06/10/14

| | | |
|---|---|---|
| MARK | DATE 06/10/14 | DESCRIPTION PERMIT SUBMITTAL |

DESIGN:    DTR
DRAWN:     JCS
CHECK:     DMT
JOB NO:    13209.10.2
DATE:      06/10/14



① EARTH PRESSURE DIAGRAM
  SCALE: NTS

NORRIS RESIDENCE
25408 RIATA ROAD
LEAVENWORTH, WA

STRUCTURAL NOTES

SHEET:

**S1.1**











Case 2:14-cv-01453-RSM Document 27-4 Filed 11/20/15 Page 5 of 5

## ANCHOR TABLE

| ANCHOR | ANCHOR PLATE | DESIGN LOAD | LOCK OFF LOAD |
|---|---|---|---|
| 1H | PL 1 x 8 x 0'-8" | 17.9K | 12.5K |
| 2H | PL 1 x 8 x 0'-8" | 22.4K | 15.6K |
| 3H | PL 1 x 8 x 0'-8" | 22.4K | 15.6K |
| 4H | PL 1 x 8 x 0'-8" | 17.9K | 12.5K |
| 5H | PL 1 x 8 x 0'-8" | 13.6K | 8.5K |
| 6H | PL 1 x 8 x 0'-8" | 9.0K | 5.7K |
| 7H | PL 1 x 8 x 0'-8" | 13.6K | 8.5K |

NOTES:
1. ALL FOOTINGS SHALL BEAR ON FIRM, UNDISTURBED NATIVE SOIL OR COMPACTED STRUCTURAL FILL PER GEOTECHNICAL ENGINEERING REPORT.
2. REINFORCEMENT SHALL BE CONTINUED FROM CONTINUOUS FOOTINGS THRU SPREAD FOOTINGS WHERE APPLICABLE.
3. CONTRACTOR SHALL NOTIFY ENGINEER IF ANCHOR LOADS CANNOT BE ACHIEVED.
4. ALL ANCHORS SHALL BE INSTALLED TO 200% OF THE DESIGN.

1 PROFILE — SCALE: 1/4" = 1'-0"
2 SECTION — SCALE: 3/4" = 1'-0"
3 SECTION — SCALE: 1" = 1'-0"
4 SECTION — SCALE: NTS
5 TYPICAL NONCONTACT LAP SPLICE — SCALE: NTS
6 SECTION — SCALE: 1" = 1'-0"

C.G ENGINEERING
250 4TH AVE. S., SUITE 200
EDMONDS, WASHINGTON 98020
PHONE (425) 778-8500
FAX (425) 778-5536

MARK: 06/10/14 — DESCRIPTION: PERMIT SUBMITTAL
DESIGN: DTR
DRAWN: JCS
CHECK: DMT
JOB NO: 13209.10.2
DATE: 06/10/14

NORRIS RESIDENCE
25408 RIATA ROAD
LEAVENWORTH, WA

EMERGENCY FOUNDATION STABILIZATION PLAN & DETAILS

SHEET: S3.1