The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER AND RENEE NORRIS, individually and on behalf of the marital community,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an admitted insurer,<br><br>  Defendant. | No. 2:14−cv−01453−RSM<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON COVERAGE**<br><br>**NOTE ON MOTION RENOTED: FEBRUARY 5, 2016**<br><br><u>ORAL ARGUMENT REQUESTED</u><br><br>**CLERK'S ATTENTION REQUIRED** |

The Clerk should please RENOTE that motion (Dkt. # 24) for February 5, 2016.

Dated this 3rd day of December 2015.

**BOWERS FOREMAN, PLLC**

<u>*Linda L. Foreman*</u>

Linda L. Foreman, WSBA #11817
Attorney for Plaintiffs Peter and Renee Norris

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFFS' MOT. FOR PARTIAL SJ - 2
(2:14-cv-01453)

BOWERS FOREMAN, PLLC
Telephone (425) 377-1100
LINDA@LINDAFOREMAN.COM